# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 08-51305 |
| | : | |
| David R. Cross | : | S.S. No. xxx-xx-3845 |
| Dale L. Cross | : | S.S. No. xxx-xx-1993 |
| | : | |
| Debtors | : | Chapter 7, Judge Preston |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS

TO THE CLERK OF COURT:

The attached check in the amount of $4.33 represents small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 374(a). The name and address of the party entitled to these small dividends is as follows:

| **Creditor Name & Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Reynoldsburg Chiropractic<br>7323 E. Main Street<br>Reynoldsburg, Ohio 43068 | 16 | $1.51 |
| Capital Recovery II<br>25 SE 2nd Avenue, Ste. 1120<br>Miami, FL 33131 | 20 | $2.82 |

Dated: February 16, 2010                          /s/ Sara J. Daneman
                                                  Sara J. Daneman (0008254)
                                                  62 Mill Street
                                                  Gahanna, Ohio 43230
                                                  (614) 337-0960
                                                  Trustee

cc:  U.S. Trustee